Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____Jacksonville___ Division

| | |
|---|---|
| Stanley Cichowski,<br><br>Kevin Cichowski<br><br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>In Official Capacity, TOTTEN, ANDREA K<br><br>AND<br>The Florida Bar<br><br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:23-cv-1181-TJC-MCR<br>_(to be filled in by the Clerk's Office)_ |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Stanley Cichowski, Kevin Cichowski |
   | Street Address | 37 Cleveland court |
   | City and County | Palm Coast, Flagler |
   | State and Zip Code | Florida 32137 |
   | Telephone Number | |
   | E-mail Address | |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | TOTTEN, ANDREA K |
| Job or Title *(if known)* | Small claims judge |
| Street Address | 1769 Moody Bouldevard, Bldg #1 |
| City and County | Bunnell, Flagler County |
| State and Zip Code | Florida, 32110 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | The Florida Bar |
| Job or Title *(if known)* | an organization |
| Street Address | 651 E. Jefferson St. |
| City and County | Tallahassee, Leon County |
| State and Zip Code | FL 32399 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Jurisdiction under 28 U.S.C. § 1331, and § 1343

First Amendment and Fourteenth Amendment.

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

  b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

  NO MONEY $0000000000000000000000000000000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

 A. Where did the events giving rise to your claim(s) occur?

  Flagler Small Claims civil court

 B. What date and approximate time did the events giving rise to your claim(s) occur?

  7/27/2023, and ongoing.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In small claims court, i have to sit alone with no help, because anything else is Wrongfully considered " practice of law" otherwise.
My motions are not being scheduled, becuase that is Wrongfully considered "practice of law" DUE PROCESS rights.
My son is not allowed to help me read in court. even thought i called the ADA line at the court in question, and they were fine with that, but in court. helping me read is being considered "practice of law"
And I want my son to be able to speak for me, under words i wrote to the jury, while i am there. FREEDOM OF SPEECH.
And conduct Depositions with family help.
And I belive that Florida Law 454.18 And the First and 14th ammendent back this up.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Florida Law 454.18 says, "and any person whether an attorney or not, may {CONDUCT} his or her own {CAUSE} in any court of this state, or before any public board, committee.

Below are to links to videos, that Elvis in a movie about Florida courts, does the same thing we ask of this court.

https://www.youtube.com/watch?v=3bKGw_DlgYs       Part 1  At 3 Minutes and 32 Seconds

https://www.youtube.com/watch?v=o7ixmDHoGeQ&t=442s   Part 2

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A Temporary emergency injunction stopping legal proceedings
Case Number:2021 SC 000904 TOTTEN, ANDREA K.   reason for emergency filing, is ongoing rights voilated.

After that i would like the ferderal question, and a Hearing over my rights.

I want my First ammemdent & due process rights enforced. I want to conduct my case, have my family help me, and even speak for me while, not representing, because i have an apperance at all times.

I and i alone with suffer, if my family doesnt help me correctly, anyways. I would hire a lawyer, but they want DOUBLE what the claim is, so i have no other choice then the pro se way.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff   *[signature]*
Printed Name of Plaintiff   Stanley Cichoski/Kevin Cichoski

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address